FISHER | TAUBENFELD LLP

225 Broadway, Suite 1700
New York, New York 10007
**Main** 212.571.0700
**Fax** 212.505.2001
www.fishertaubenfeld.com

Writer's direct dial: (212) 384-0258
Writer's email: michael@fishertaubenfeld.com

February 26, 2020

**VIA ECF**
Hon. Sarah L. Cave, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 18A
New York, NY 10007

Re: English v. Mastour Galleries, Inc. *et al.*
Case No.: 18-cv-12161 (LTS) (SLC)

Dear Judge Cave:

This firm represents Defendants in the above-captioned matter. Defendants respectfully request that the Court extend the deadline to submit the settlement agreement from February 26, 2020 until March 4, 2020. Plaintiff's counsel has not advised whether he consents. The Court ordered the parties to revise the agreement to remove clauses that could not be approved by the Court. Defendants revised the agreement, and late Monday this week Plaintiff's counsel identified certain clauses that he found problematic, which Defendants revised. The agreement is therefore ready for execution, but it may take a few days to do so. Defendants therefore respectfully request an additional week to execute the agreement and submit it to the Court for approval.

Thank you for your attention to the above.

Respectfully Submitted,

-----------/s/-----------
Michael Taubenfeld

---

Defendants' Letter-Motion to extend the parties' deadline to submit a revised settlement agreement for approval (ECF No. 30) is GRANTED. The parties re directed to file their revised settlement agreement by **Wednesday, March 4, 2020**. The Clerk of Court is respectfully directed to close ECF No. 30.

SO-ORDERED 2/27/2020

SARAH L. CAVE
United States Magistrate Judge