# FISHER | TAUBENFELD LLP

225 Broadway, Suite 1700
New York, New York 10007
**Main** 212.571.0700
**Fax** 212.505.2001
www.fishertaubenfeld.com

Writer's direct dial: (212) 384-0258
Writer's email: michael@fishertaubenfeld.com

March 4, 2020

**VIA ECF**
Hon. Sarah L. Cave, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 18A
New York, NY 10007

    Re:    English v. Mastour Galleries, Inc. *et al.*
           Case No.: 18-cv-12161 (LTS) (SLC)

Dear Judge Cave:

    This firm represents Defendants in the above-captioned matter. Defendants respectfully request that the Court extend the deadline to submit the settlement agreement from March 4, 2020 until March 11, 2020. Plaintiff's counsel has not advised whether he consents. Defendants are in the process of executing the agreement, and I received Plaintiff's executed copy only earlier this afternoon. Defendants therefore respectfully request an additional week to execute the agreement and submit it to the Court for approval.

    Thank you for your attention to the above.

    Respectfully Submitted,

    -----------/s/-----------
    Michael Taubenfeld

---

Defendants' Letter-Motion for an extension of time to submit a revised settlement agreement for approval (ECF No. 32) is GRANTED. The parties are directed to file their revised settlement agreement by **Wednesday, March 11, 2020**. The Clerk of Court is respectfully directed to close ECF No. 32.

SO-ORDERED 3/5/2020

SARAH L. CAVE
United States Magistrate Judge