# FISHER | TAUBENFELD LLP

225 Broadway, Suite 1700
New York, New York 10007
**Main** 212.571.0700
**Fax** 212.505.2001
www.fishertaubenfeld.com

Writer's direct dial: (212) 384-0258
Writer's email: michael@fishertaubenfeld.com

March 11, 2020

**VIA ECF**
Hon. Sarah L. Cave, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 18A
New York, NY 10007

> Defendants' Letter-Motion for an extension of time to submit a revised settlement agreement for approval (ECF No. 34) is GRANTED. The parties are directed to file their revised settlement agreement by **Wednesday, March 25, 2020**. The Clerk of Court is respectfully directed to close ECF No. 32.
>
> SO-ORDERED 3/12/2020
>
> /s/ Sarah L. Cave
> SARAH L. CAVE
> United States Magistrate Judge

Re: English v. Mastour Galleries, Inc. *et al.*
Case No.: 18-cv-12161 (LTS) (SLC)

Dear Judge Cave:

     This firm represents Defendants in the above-captioned matter. Defendants respectfully request that the Court extend the deadline to submit the settlement agreement from March 11, 2020 until March 25, 2020. Plaintiff's counsel has not advised whether he consents.

     The reason for this request is that I learned late yesterday that I was in a room at my synagogue for a prolonged period of time with an individual who tested positive for the Coronavirus. I may have also been in contact with him. Under Department of Health guidelines, I am being asked to self-quarantine for 14 days, and I am waiting to hear whether I am required to quarantine. At a minimum, I will be self-quarantining for a period of time. During this time, I will be the primary caregiver for my 13 month old daughter, who is cared for a large percentage of the time by my 70 year old mother-in-law and her 68 year old sister, who will not be caring for her when I am in quarantine due to the risks the Coronavirus poses to individuals of that age.

     As a result, I will be very limited in the amount of work I can perform while in quarantine and certainly cannot meet with my clients for the foreseeable future. As a result, we respectfully request two weeks to submit the settlement agreement to the Court for its approval.

     Thank you for your attention to the above.

Respectfully Submitted,

-----------/s/-----------
Michael Taubenfeld