UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARMELO ENGLISH,

           Plaintiff,

against

MASTOUR GALLERIES, INC., et al.,

           Defendants.

CIVIL ACTION NO.: 18 Civ. 12161 (LTS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties are directed to file a joint letter, by **Monday, August 31, 2020**, stating whether they consent to Magistrate Judge jurisdiction for review of their settlement agreement for compliance with Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015). Such consent will allow for a quicker ruling on their settlement agreement.

If all parties consent, they are directed to submit the consent form to the Honorable Laura Taylor Swain by August 31, 2020. If one or more of the parties do not consent, the joint letter **should not** specify who did not consent, but just state that all parties do not consent.

Dated:    New York, New York
            August 24, 2020

                                      SO ORDERED

                                      */s/ Sarah L. Cave*
                                      **SARAH L. CAVE**
                                      **United States Magistrate Judge**