# FISHER | TAUBENFELD LLP

225 Broadway, Suite 1700
New York, New York 10007
**Main** 212.571.0700
**Fax** 212.505.2001
www.fishertaubenfeld.com

Writer's direct dial: (212) 384-0258
Writer's email: michael@fishertaubenfeld.com

August 30, 2020

**VIA ECF**
Hon. Sarah L. Cave, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 18A
New York, NY 10007

      Re:   English v. Mastour Galleries, Inc. *et al.*
            Case No.: 18-cv-12161 (LTS) (SLC)

Dear Judge Cave:

      This firm represents Defendants in the above-captioned matter. Defendants respectfully request an additional week, until September 8, 2020, for the parties to submit a status report. The parties are still conferring on consenting to this Court's jurisdiction. I begin a vacation tomorrow until Friday with limited internet access and realistically will not be able to coordinate with Plaintiff's counsel until I return. We therefore respectfully request until after Labor Day to submit a status report.

      Thank you for your attention to the above.

Respectfully Submitted,

-----------/s/-----------
Michael Taubenfeld

---

Defendants' Letter-Motion (ECF No. 39) is GRANTED. The parties are directed to file their joint letter in response to the Court's August 24, 2020 Order (ECF No. 38) by **Tuesday, September 8, 2020**.

The Clerk of Court is respectfully directed to close ECF No. 39.

SO-ORDERED 9/1/2020

*/s/ Sarah L. Cave*
SARAH L. CAVE
United States Magistrate Judge