UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARMELO ENGLISH,

                Plaintiff,

against

MASTOUR GALLERIES, INC., et al.,

                Defendants.

CIVIL ACTION NO.: 18 Civ. 12161 (LTS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On September 8, 2020, the parties filed a joint status report stating that they consent to Judge Cave's jurisdiction and would separately file the necessary form to be signed by the Honorable Laura Taylor Swain. (See ECF No. 41). The parties have yet to file the form and are reminded that it must be filed and Judge Swain must so-order it before Judge Cave can assert jurisdiction over review of their settlement agreement for compliance with Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015).

If the parties do not submit their consent form by **Wednesday, October 14, 2020**, Judge Cave's review of their settlement agreement will proceed by way of a report and recommendation to Judge Swain for her further consideration.

Dated: New York, New York
September 30, 2020

                                                                                        SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

2